IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARY LEE JONES,

                        Petitioner,

v.                                              Case No. 19-cv-938-wmc

TROY ENGER,

                        Respondent.

---

JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing with prejudice petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 10/08/20 |
|---|---|
| Peter Oppeneer<br>Clerk of Court | Date |